UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBONIE ELSEY, on
Behalf of Herself and All Others             Case No. 16-cv-12887
Similarly Situated,

                                                                       Hon. Arthur J. Tarnow

        Plaintiff,

-vs-

ORLANS ASSOCIATES, P.C.,

        Defendant.

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court by stipulation of the parties, by and through their respective counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, Plaintiff, Ebonie Elsey, commenced this action by filing a Complaint against Defendant Orlans Associates, P.C.;

WHEREAS, the parties stipulate to the dismissal of the Complaint with prejudice.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice and the parties shall bear their own fees and costs.

IT IS SO ORDERED.

                                                                       s/Arthur J. Tarnow
                                                                       Hon. Arthur J. Tarnow
                                                                       United Stated District Judge

Dated: January 17, 2017

STIPULATED AND AGREED TO:

Law Offices of Brian P. Parker, P.C.   Orlans Associates, P.C.

*/s/Brian P. Parker*_____   */s/Regina M. Slowey*_____
Brian P. Parker (P48617)              Regina M. Slowey (P60456)
Attorney for Plaintiff                Attorney for Defendant